# EXHIBIT E

**Tina Noel**
___

**From:** Jason Bailey
**Sent:** Wednesday, September 6, 2017 4:02 PM
**To:** Tina Noel
**Subject:** FW: FOIL Request :: W014733-111616



Jason B. Bailey

Sheats and Bailey, PLLC
Dedicated to Serving the Construction Industry

P.O. Box 820 / 9650 Brewerton Road / Brewerton, NY 13029
Tel: 315.676-7314 / Fax: 315.676.7189 / jbailey@theconstructionlaw.com

**Circular 230 Notice.** Pursuant to and in compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice included in this communication is not intended or written to be used, and cannot be used, for the purpose of: (1) avoiding federal tax-related penalties; or (2) promoting, marketing or recommending to another party any transaction or any matter addressed herein.

**Confidentiality Notice.** The information contained in this email is confidential and may be subject to the attorney/client privilege as well as other privileges. This email is for the use of the intended recipient only. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, printing, copying or any other use of this email is strictly prohibited and may constitute a violation of law. If you have received this email and you are not the intended recipient, please notify us immediately by phone or by reply email and delete this email transmission from your system(s) and destroy all copies hereof.

**From:** New York DEC Support [mailto:newyorkdec@mycusthelp.net]
**Sent:** Wednesday, November 16, 2016 11:03 AM
**To:** Jason Bailey <JBailey@theconstructionlaw.com>
**Subject:** FOIL Request :: W014733-111616



Dear Jason:

Thank you for your Freedom of Information Law (FOIL) request. Your request has been received and is being processed. Your request was received in this office on 11/16/2016 and given the reference number FOIL #W014733-111616 for tracking purposes. You may expect the Department's response to your request no later than **12/15/2016**.

Record Requested: **Woodbine Business Park, Site ID #C734145 in the Town of DeWitt, County of Onondaga, at Canada Drive.**


You can monitor the progress of your request at the link below and you'll receive an email when your request has been completed. Again, thank you for using the FOIL Center.

https://mycusthelp.com/NEWYORKDEC/_rs/RequestLogin.aspx

New York State Department of Environmental Conservation, Record Access Office

1

Track the issue status and respond at:
https://mycusthelp.com/NEWYORKDEC//_rs/RequestEdit.aspx?rid=14733

**Tina Noel**
___

**From:** Jason Bailey
**Sent:** Wednesday, September 6, 2017 4:02 PM
**To:** Tina Noel
**Subject:** FW: FOIL Request :: W016103-122116

Jason B. Bailey

Sheats and Bailey, PLLC
Dedicated to Serving the Construction Industry

P.O. Box 820 / 9650 Brewerton Road / Brewerton, NY 13029
Tel: 315.676.7314 / Fax: 315.676.7189 / jbailey@theconstructionlaw.com

**Circular 230 Notice.** Pursuant to and in compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice included in this communication is not intended or written to be used, and cannot be used, for the purpose of: (1) avoiding federal tax-related penalties; or (2) promoting, marketing or recommending to another party any transaction or any matter addressed herein.

**Confidentiality Notice.** The information contained in this email is confidential and may be subject to the attorney/client privilege as well as other privileges. This email is for the use of the intended recipient only. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, printing, copying or any other use of this email is strictly prohibited and may constitute a violation of law. If you have received this email and you are not the intended recipient, please notify us immediately by phone or by reply email and delete this email transmission from your system(s) and destroy all copies hereof.

**From:** New York DEC Support [mailto:newyorkdec@mycusthelp.net]
**Sent:** Wednesday, December 21, 2016 2:15 PM
**To:** Jason Bailey <JBailey@theconstructionlaw.com>
**Subject:** FOIL Request :: W016103-122116

Dear Jason:

Thank you for your Freedom of Information Law (FOIL) request. Your request has been received and is being processed. Your request was received in this office on 12/21/2016 and given the reference number FOIL #W016103-122116 for tracking purposes. You may expect the Department's response to your request no later than **1/23/2017**.

Record Requested: **Spill reports for the following sites: Spill #12-07324 - HW Smith School, 1120 Salts Springs Road, Syracuse, NY - St. Joseph's Hospital, 300 Prospect Street, Syracuse, NY - Ultra Dairy, Fly Road, E. Syracuse, NY - Institute of Tech. - 258 East Adams Street, Syracuse, NY - Lemoyne College - 1419 Salt Springs Road, Syracuse, NY**

You can monitor the progress of your request at the link below and you'll receive an email when your request has been completed. Again, thank you for using the FOIL Center.

https://mycusthelp.com/NEWYORKDEC/_rs/RequestLogin.aspx

1

New York State Department of Environmental Conservation, Record Access Office

---

Track the issue status and respond at:
https://mycusthelp.com/NEWYORKDEC//_rs/RequestEdit.aspx?rid=16103